IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NO. 4:14 CV 151-D

| | |
|---|---|
| TOWN OF BELHAVEN, NC; and ) <br> THE NORTH CAROLINA NAACP ) <br> STATE CONFERENCE OF BRANCHES, ) <br> THE HYDE COUNTY NAACP BRANCH, ) <br> and THE BEAUFORT COUNTY NAACP ) <br> BRANCH, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> PANTEGO CREEK, LLC and ) <br> VIDANT HEALTH, INC., ) <br> Defendants ) | **MOTION FOR EXTENSION OF TIME** <br> **WHERE TIME HAS NOT EXPIRED** |

NOW COMES Defendant Panteo Creek, LLC, (hereinafter "this Defendant"), by and through undersigned counsel, and hereby respectfully moves this Court for an order extending the time within which to plead or otherwise respond to Plaintiffs' Complaint. In support of this Motion, this Defendant respectfully shows unto this Court that the Complaint in this case was received on or about August 14, 2014. Thereafter, Defendants removed this matter to this Court on August 19, 2014. This Defendant further submits that the attorneys for the Plaintiffs have been contacted with regard to their position on said motion, but have not responded. Therefore, this Defendant moves this Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to extend the time to plead or otherwise respond to Plaintiffs' Complaint for a period of 30 days, up to and including the 3rd day of October, 2014.

WHEREFORE, this Defendant respectfully requests that this Court enter an order allowing them up to and including the 3rd day of October, 2014, to serve a responsive pleading or otherwise respond to the Plaintiffs' Complaint.

Respectfully submitted this 26th day of August, 2014.

                  By:    /s/Scott C. Hart
                           State Bar No. 19060
                           Attorneys for Defendant Pantego Creek, LLC
                           Sumrell, Sugg, Carmichael, Hicks & Hart, P.A.
                           Post Office Drawer 889
                           New Bern, North Carolina 28563
                           Telephone: (252) 633-3131
                           Fax: (252) 633-3507
                           E-mail: shart@nclawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the **MOTION FOR EXTENSION OF TIME** was electronically filed with the Clerk of Court using the CM/ECF System, and that I have mailed a copy by First-Class Mail, postage prepaid, to the following non-CM/ECF participants, addressed as follows:

> John B. Tate III
> P.O. Box 700
> Chocowinity, NC 27817
>
> Alan McSurely
> 109 N. Graham St., Suite 100
> Chapel Hill, NC 27516

I further certify that the Clerk of Court using the CM/ECF System, will send notice of such filing to the following registered CM/ECF users:

> Gary S. Qualls
> Susan Hackney
> Kathryn F. Taylor
> 430 Davis Drive, Suite 400
> Morrisville, NC 27560

This the 26th day of August, 2014.

> By: /s/Scott C. Hart
> State Bar No. 19060
> Attorneys for Defendant Pantego Creek, LLC
> Sumrell, Sugg, Carmichael, Hicks & Hart, P.A.
> Post Office Drawer 889
> New Bern, North Carolina 28563
> Telephone: (252) 633-3131
> Fax: (252) 633-3507
> E-mail: shart@nclawyers.com

\\SERVER04\lssdocs\00000018\00053286.000.DOCX