IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

## FINAL NOTICE

TO: Alan McSurely

DATE: September 22, 2014

CASE NAME: Town of Belhaven et al v. Pantego Creek, LLC et al

CASE NUMBER: 4:14-CV-151-D

---

Pursuant to the court's standing order of January 30, 2006, regarding electronic filing, all counsel practicing in the Eastern District of North Carolina must file documents electronically using the Case Management/Electronic Case Filing system (CM/ECF). The few exceptions to this order are listed in Section H of the *Electronic Case Filing Administrative Policies and Procedures Manual* found on the court's website.

**This FINAL notice is to advise you that you must complete the necessary training and register as an electronic filer within the next 30 days. Failure to comply with this notice may result in a show cause order for non-compliance being issued by the judicial officer assigned to this action.**

Attorneys who have received a log-in and password from another federal court are not required to take the training in the Eastern District, but must still complete and submit a CM/ECF registration form to receive a log in and password for this court. Information regarding CM/ECF training and registration is available on the court's website, www.nced.uscourts.gov. If you have questions about this notice, please contact Dennis Iavarone, Clerk of Court, 919-645-1775.

/s/Julie A. Richards
Clerk of Court