CLERK'S OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

_____, NC

OFFICIAL BUSINESS
Clerk, US District Court
2 Princess Street, Room 239
Wilmington, NC 28401

COASTAL CAROLINA AREA
NC 2
28 AUG 20

02 1P
0001929652   AUG 27 2014
MAILED FROM ZIP CODE 28401
$ 000.48

**RECEIVED**

SEP 2 4 2014

JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC

Alan McSurely
McSurely & Osment
P.O. Box 1290
Chapel Hill, NC 27514

NIXIE      276    7E  1700      0009/21/14
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 28401395864       *2754-16888-28-4

## Notice of Electronic Filing

The following transaction was entered on 8/27/2014 at 2:52 PM EDT and filed on 8/27/2014
**Case Name:** Town of Belhaven et al v. Pantego Creek, LLC et al
**Case Number:** 4:14-cv-00151-D
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT ORDER granting defendant's [12] motion for extension of time. Defendant Pantego Creek, LLC has through and including October 3, 2014 to answer or otherwise respond to plaintiffs' complaint. Signed by Jolie Skinner for Julie A. Richards, Clerk of Court on 8/27/2014. (Skinner, J.)**


**4:14-cv-00151-D Notice has been electronically mailed to:**

Scott C. Hart    shart@nclawyers.com, adharrison@nclawyers.com, agrady@nclawyers.com, teresa@nclawyers.com

Susan King Hackney    susan.hackney@klgates.com


Gary Steven Qualls    gary.qualls@klgates.com, carolyn.hall@klgates.com, connie.norwood@klgates.com

Kathryn F. Taylor    kathryn.taylor@klgates.com

**4:14-cv-00151-D Notice has been delivered by other means to:**

Alan McSurely
McSurely & Osment
lawyers@mcsurely.com
P.O. Box 1290
Chapel Hill, NC 27514

John B. Tate , III
White & Allen, P.A.
P.O. Box 3169
Kinston, NC 28502-3169

# U.S. District Court

## EASTERN DISTRICT OF NORTH CAROLINA

**Notice of Electronic Filing**

The following transaction was entered on 8/27/2014 at 2:50 PM EDT and filed on 8/27/2014
**Case Name:** Town of Belhaven et al v. Pantego Creek, LLC et al
**Case Number:** 4:14-cv-00151-D
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT ORDER granting defendant's [11] motion for extension of time. Defendant Vidant Health, Inc. has through and including October 3, 2014 to answer or otherwise respond to plaintiffs' complaint. Signed by Jolie Skinner for Julie A. Richards, Clerk of Court on 8/27/2014. (Skinner, J.)**

**4:14-cv-00151-D Notice has been electronically mailed to:**

Scott C. Hart     shart@nclawyers.com, adharrison@nclawyers.com, agrady@nclawyers.com, teresa@nclawyers.com

Susan King Hackney     susan.hackney@klgates.com


Gary Steven Qualls     gary.qualls@klgates.com, carolyn.hall@klgates.com, connie.norwood@klgates.com

Kathryn F. Taylor     kathryn.taylor@klgates.com

**4:14-cv-00151-D Notice has been delivered by other means to:**

Alan McSurely
McSurely & Osment
lawyers@mcsurely.com
P.O. Box 1290
Chapel Hill, NC 27514

John B. Tate , III
White & Allen, P.A.
P.O. Box 3169
Kinston, NC 28502-3169