IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NO. 4:14 CV 151-D

| | | |
|---|---|---|
| TOWN OF BELHAVEN, NC; and | ) | |
| THE NORTH CAROLINA NAACP | ) | |
| STATE CONFERENCE OF BRANCHES, | ) | |
| THE HYDE COUNTY NAACP BRANCH, | ) | |
| and THE BEAUFORT COUNTY NAACP | ) | |
| BRANCH, | ) | |
| | ) | **MOTION TO DISMISS IN LIEU OF** |
| vs. | ) | **ANSWER** |
| | ) | **(F. R. Civ. P. 12(b)(6))** |
| PANTEGO CREEK, LLC and | ) | |
| VIDANT HEALTH, INC., | ) | |
| _____Defendants. | ) | |

NOW COMES Defendant Pantego Creek, LLC ("Pantego"), by and through the undersigned counsel, and hereby respectfully moves this Court for an order dismissing the claims against it, pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure.

In support of this Motion, Pantego submits that Plaintiffs have failed to state a claim upon which relief can be granted, and directs this Court's attention to the Memorandum in Support of this Motion filed contemporaneously herewith.

WHEREFORE, Pantego hereby moves this Court for an order dismissing Plaintiffs' claims pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Respectfully submitted this 3rd day of October, 2014.

By:      /s/Scott C. Hart
State Bar No. 19060
Attorneys for Pantego Creek, LLC
Sumrell, Sugg, Carmichael, Hicks & Hart, P.A.
Post Office Drawer 889
New Bern, North Carolina  28563
Telephone: (252) 633-3131
E-mail:  shart@nclawyers.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the **MOTION TO DISMISS IN LIEU OF ANSWER** was electronically filed with the Clerk of Court using the CM/ECF System, and that I have mailed a copy by First-Class Mail, postage prepaid, to the following non-CM/ECF participants, addressed as follows:

> John B. Tate III
> P.O. Box 700
> Chocowinity, NC 27817

> Alan McSurely
> 109 N. Graham St., Suite 100
> Chapel Hill, NC 27516

I further certify that the Clerk of Court using the CM/ECF System, will send notice of such filing to the following registered CM/ECF users:

> Gary S. Qualls
> Susan Hackney
> Kathryn F. Taylor
> 430 Davis Drive, Suite 400
> Morrisville, NC 27560

This the 3rd day of October, 2014.

> By: /s/Scott C. Hart
> State Bar No. 19060
> Attorneys for Pantego Creek, LLC
> Sumrell, Sugg, Carmichael, Hicks & Hart, P.A.
> Post Office Drawer 889
> New Bern, North Carolina 28563
> Telephone: (252) 633-3131
> Fax: (252) 633-3507
> E-mail: shart@nclawyers.com

\\SERVER04\lssdocs\00000019\00054169.000.DOCX