IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NO. 4:14 CV 151-D

| | |
|---|---|
| TOWN OF BELHAVEN, NC; and ) | |
| THE NORTH CAROLINA NAACP ) | |
| STATE CONFERENCE OF BRANCHES, ) | |
| THE HYDE COUNTY NAACP BRANCH, ) | |
| and THE BEAUFORT COUNTY NAACP ) | |
| BRANCH, ) | |
|           Plaintiff, ) | |
| ) | |
|     vs. ) | **ENTRY OF APPEARANCE** |
| ) | |
| PANTEGO CREEK, LLC and ) | |
| VIDANT HEALTH, INC., ) | |
|           Defendants. ) | |

NOW COMES the undersigned and hereby respectfully enters an appearance on behalf of Defendant Pantego Creek, LLC.

Respectfully submitted this 19th day of August, 2014.

    By:   /s/Anakah D. Harrison
            State Bar No. 35329
            Sumrell, Sugg, Carmichael, Hicks & Hart, P.A.
            Attorneys for Defendant Pantego Creek, LLC
            Post Office Drawer 889
            New Bern, North Carolina 28563
            Telephone: (252) 633-3131
            Fax: (252) 633-3507
            E-mail: adharrison@nclawyers.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the **ENTRY OF APPEARANCE** was electronically filed with the Clerk of Court using the CM/ECF System, and that I have mailed a copy by First-Class Mail, postage prepaid, to the following non-CM/ECF participants, addressed as follows:

>John B. Tate III
>P.O. Box 700
>Chocowinity, NC 27817
>
>Alan McSurely
>109 N. Graham St., Suite 100
>Chapel Hill, NC 27516

I further certify that the Clerk of Court using the CM/ECF System, will send notice of such filing to the following registered CM/ECF users:

>Gary S. Qualls
>Susan Hackney
>Kathryn F. Taylor
>430 Davis Drive, Suite 400
>Morrisville, NC 27560

This the 3rd day of October, 2014.

>By: /s/Anakah D. Harrison
>State Bar No. 35329
>Attorneys for Defendant Pantego Creek, LLC
>Sumrell, Sugg, Carmichael, Hicks & Hart, P.A.
>Post Office Drawer 889
>New Bern, North Carolina 28563
>Telephone: (252) 633-3131
>Fax: (252) 633-3507
>E-mail: adharrison@nclawyers.com

\\SERVER04\lssdocs\00000019\00054241.000.DOCX