IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NO. 4:14 CV 151-D

| | |
|---|---|
| TOWN OF BELHAVEN, NC; and ) <br> THE NORTH CAROLINA NAACP ) <br> STATE CONFERENCE OF BRANCHES, ) <br> THE HYDE COUNTY NAACP BRANCH, ) <br> and THE BEAUFORT COUNTY NAACP ) <br> BRANCH, ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> PANTEGO CREEK, LLC and ) <br> VIDANT HEALTH, INC., ) <br> Defendants. ) | **DEFENDANT PANTEGO CREEK, LLC's RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND** |

NOW COMES Defendant Pantego Creek, LLC ("Pantego"), by and through undersigned counsel, and for the reasons stated in the Response in Opposition to Plaintiffs' Motion to Remand filed by co-Defendant University Health Systems of Eastern Carolina, Inc. d/b/a Vidant Health, Inc. [D.E. 32] hereby states its opposition to Plaintiffs' Motion to Remand [D. E. 27].

Respectfully submitted this the 10th day of November, 2014.

        By:    /s/Scott C. Hart
               State Bar No. 19060
               Attorneys for Pantego Creek, LLC
               Sumrell, Sugg, Carmichael, Hicks & Hart, P.A.
               Post Office Drawer 889
               New Bern, North Carolina 28563
               Telephone: (252) 633-3131
               E-mail: shart@nclawyers.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the **DEFENDANT PANTEGO CREEK, LLC's RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND** was electronically filed with the Clerk of Court using the CM/ECF System, and that I have mailed a copy by First-Class Mail, postage prepaid, to the following non-CM/ECF participants, addressed as follows:

>Alan McSurely
>415 W. Patterson Place
>Chapel Hill, NC 27516

I further certify that the Clerk of Court using the CM/ECF System, will send notice of such filing to the following registered CM/ECF users:

>John B. Tate III
>P.O. Box 700
>Chocowinity, NC 27817
>
>Gary S. Qualls
>Susan Hackney
>Kathryn F. Taylor
>430 Davis Drive, Suite 400
>Morrisville, NC 27560

This the 10th day of November, 2014.

>By: /s/Scott C. Hart
>State Bar No. 19060
>Attorneys for Pantego Creek, LLC
>Sumrell, Sugg, Carmichael, Hicks & Hart, P.A.
>Post Office Drawer 889
>New Bern, North Carolina 28563
>Telephone: (252) 633-3131
>Fax: (252) 633-3507
>E-mail: shart@nclawyers.com

\\SERVER04\lssdocs\00000021\00055291.000.DOCX