IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
FILE NO. 4:14 CV 151-D

| | | |
|---|---|---|
| TOWN OF BELHAVEN, NC; and<br>THE NORTH CAROLINA NAACP<br>STATE CONFERENCE OF BRANCHES,<br>THE HYDE COUNTY NAACP BRANCH,<br>and THE BEAUFORT COUNTY NAACP<br>BRANCH,<br>                       Plaintiffs<br><br>vs.<br><br>PANTEGO CREEK, LLC and<br>VIDANT HEALTH, INC.,<br>                       Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER** |

THIS CAUSE came on before the undersigned, on Motion of Defendant Pantego Creek, LLC (hereinafter "Pantego"), for an Order staying discovery in this case until such time as this Court has had the opportunity to rule on the pending Motions to Dismiss filed by Defendants in this case [D.E. 17, 19].

Having considered the Motion by Pantego, this Court is of the opinion that this request should be granted.

Accordingly, it is HEREBY ORDERED, ADJUGED AND DECREED that the obligation of the parties to engage in the Rule 26(f) meeting and discovery is HEREBY STAYED until such time as this Court has ruled on the pending Motions to Dismiss filed by Defendants in this case [D.E. 17, 19].

SO ORDERED. This the 18 day of ~~November~~ December, 2014.

JAMES C. DEVER III
Chief United Stated District Judge