IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:14-CV-151-D

| TOWN OF BELHAVEN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PANTEGO CREEK, LLC., | ) | |
| and VIDANT HEALTH, INC., | ) | |
| | ) | |
| Defendants, | ) | |

Plaintiffs' motion to remand [D.E. 36] is GRANTED. The complaint does not contain a

federal claim. The action is remanded to Beaufort County Superior Court. All other motions

[D.E. 17, 19, 39] are DISMISSED without prejudice as moot.

SO ORDERED. This 18 day of March 2015.

JAMES C. DEVER III
Chief United States District Judge